## **CERTIFICATE OF SERVICE**

I, Lee F. Berger, hereby certify that on August 6, 2020, I caused true and correct copies of the Amended Civil Cover Sheet, Petition for Special Admission (Berger), Petition for Special Admission (Stoltzfus), and Waiver of the Service of Summons (Geisinger Health) to be served via electronic mail on:

Geisinger Health

Stephen Wu
McDermott Will & Emery LLP
444 West Lake Street
Chicago, IL 60606
Email: swu@mwe.com

Wendelynne J. Newton
Buchanan Ingersoll & Rooney PC
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Email: wendelynne.newton@bipc.com

Evangelical Community Hospital

Norman Armstrong, Jr.
King & Spalding LLP
1700 Pennsylvania Avenue, NW, Suite 200
Washington, D.C. 20006
Email: NArmstrong@kslaw.com

                                                    //s// Lee F. Berger
                                                    Lee F. Berger
                                                    Trial Attorney
                                                    United States Department of Justice
                                                    Antitrust Division
                                                    450 Fifth Street, N.W.
                                                    Washington, DC 20530
                                                    Telephone: (202) 598-2698
                                                    Email: Lee.Berger@usdoj.gov