# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 20-CV-1383 |
| | : | |
| GEISINGER HEALTH and | : | JUDGE BRANN |
| EVANGELICAL COMMUNITY | : | |
| HOSPITAL, | : | ELECTRONICALLY FILED |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

Kindly enter our appearance as co-counsel for Defendant Geisinger Health in the above-referenced matter.

Respectfully submitted,

/s/ Daniel T. Brier
Daniel T. Brier (PA ID 53248)
dbrier@mbklaw.com
Donna A. Walsh (PA ID 74833)
dwalsh@mbklaw.com
Richard L. Armezzani (ID 322804)
rarmezzani@mbklaw.com

Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA  18503
(570) 342-6100

Date:  August 17, 2020

## **CERTIFICATE OF SERVICE**

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served upon the following counsel of record via the Court's ECF system on this 17th day of August 2020:

> Lee F. Berger, Esquire
> David Michael Stoltzfus, Esquire
> U.S. Department of Justice
> Antitrust Division
> 450 5th Street, NW, Suite 4100
> Washington, DC  20530

> /s/ Daniel T. Brier
> Daniel T. Brier