# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | NO. 20-CV-1383 |
| | : | |
| **GEISINGER HEALTH and** | : | **JUDGE BRANN** |
| **EVANGELICAL COMMUNITY** | : | |
| **HOSPITAL,** | : | **ELECTRONICALLY FILED** |
| | : | |
| **Defendants.** | : | |

## ENTRY OF APPEARANCE

Kindly enter our appearance as co-counsel for Defendant Geisinger Health in the above-referenced matter.

                                                Respectfully submitted,

                                                /s/ Daniel T. Brier
                                                Daniel T. Brier (PA ID 53248)
                                                dbrier@mbklaw.com
                                                Donna A. Walsh (PA ID 74833)
                                                dwalsh@mbklaw.com
                                                Richard L. Armezzani (ID 322804)
                                                rarmezzani@mbklaw.com

Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA  18503
(570) 342-6100

Date:  August 17, 2020

## **CERTIFICATE OF SERVICE**

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served upon the following counsel of record via the Court's ECF system on this 17th day of August 2020:

>Lee F. Berger, Esquire
>David Michael Stoltzfus, Esquire
>U.S. Department of Justice
>Antitrust Division
>450 5th Street, NW, Suite 4100
>Washington, DC  20530

>/s/ Daniel T. Brier
>Daniel T. Brier