IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GEISINGER HEALTH <br><br> and <br><br> EVANGELICAL COMMUNITY HOSPITAL, <br><br> Defendants. | Civil Action No.: 4:20-cv-01383-MWB <br><br> Electronically Filed |

**DEFENDANTS' UNOPPOSED THIRD MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants Geisinger Health ("Geisinger") and Evangelical Community Hospital ("Evangelical") (collectively "Defendants") move to extend the time to respond to the Complaint by 30 days from the current January 18, 2021 deadline to February 17, 2021 to allow the parties to discuss a potential resolution of the above-captioned action. Defendants' counsel contacted DOJ's counsel to request consent for the filing of the present Motion and DOJ's counsel provided consent.

WHEREFORE, Defendants respectfully request that the Court set a deadline of February 17, 2021 to answer, move, or otherwise respond to the Complaint.

Dated:  January 13, 2021                           Respectfully submitted,

/s/ Daniel T. Brier
MYERS, BRIER & KELLY, LLP
Donna A. Walsh (PA ID 74833)
Dan Brier (PA ID 53248)
425 Spruce Street, Suite 200
Scranton, PA 18503
(570) 342-6100

and

MCDERMOTT WILL & EMERY, LLP
Stephen Y. Wu (*pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, IL 60606-0029
Michelle S. Lowery (*pro hac vice*)
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206

CROWELL & MORING LLP
Stefan M. Meisner (*pro hac vice*)
1001 Pennsylvania Avenue NW
Washington, DC 20004

*Attorneys for Geisinger Health*

/s/ Carol Steinour Young
McNEES WALLACE & NURICK LLC
Carol Steinour Young (PA ID 55969)
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17108-1166

and

KING & SPALDING LLP
Norman Armstrong, Jr. (*pro hac vice*)
Bobby R. Burchfield (*pro hac vice*)
Shannon M. Kasley (*pro hac vice*)
Christopher C. Yook (*pro hac vice*)
1700 Pennsylvania Avenue NW
Suite 200
Washington, DC 20006

*Attorneys for Evangelical Community Hospital*

## **CERTIFICATE OF CONCURRENCE**

In accordance with Local Rule 7.1, the undersigned, counsel for Defendants, hereby certifies he has sought the concurrence in the foregoing Motion from Plaintiff, and that Plaintiff, through its attorneys, has concurred in the Motion.

/s/ Daniel T. Brier
Daniel T. Brier

Dated:  January 13, 2021

## **CERTIFICATE OF SERVICE**

I, Daniel T. Brier, hereby certify that on January 13, 2021, I electronically filed the foregoing Unopposed Third Motion for Extension of Time to Respond to Complaint through the Court's CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s / Daniel T. Brier
Daniel T. Brier