# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GEISINGER HEALTH<br><br>and<br><br>EVANGELICAL COMMUNITY HOSPITAL,<br><br>  Defendants. | Civil Action No.: 4:20-cv-01383-MWB<br><br>Electronically Filed |

## [PROPOSED] ORDER

Before the Court is Defendants Geisinger Health and Evangelical Community Hospital's Unopposed Third Motion for Extension of Time to Respond to Complaint. Having considered the matter, the Court finds that it is appropriate to grant Defendants' request for additional time to respond to the Complaint. For good cause shown, it is hereby ORDERED that Defendants Geisinger Health and Evangelical Community Hospital are given an additional 30 days from the current deadline of January 18, 2021 to respond to the Complaint, or until February 17, 2021.

**SO ORDERED** this __ day of _____, 2021.

_____
THE HONORABLE MATTHEW W. BRANN
United States District Judge