UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>EVANGELICAL COMMUNITY HOSPITAL<br><br>and<br><br>GEISINGER HEALTH,<br><br>*Defendants*. | Civil Action No.: 4:20-cv-01383-MWB |

**UNITED STATES' EXPLANATION OF CONSENT DECREE PROCEDURES**

The United States submits this short memorandum summarizing the procedures regarding the Court's entry of the proposed Final Judgment. This Judgment would settle this case pursuant to the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)-(h) (the "APPA" or "Tunney Act"), which applies to civil antitrust cases brought and settled by the United States.

1. On August 5, 2020, the United States filed a Complaint. Today, the United States files this Explanation of Consent Decree Procedures together with a proposed Final Judgment and Stipulation and Order between the parties by which they have agreed that the Court may enter the proposed Final Judgment after the United States has complied with the APPA. The United States is also today filing a Competitive Impact Statement relating to the proposed settlement.

1

2.	The proposed Stipulation and Order is a document that has been agreed to by both the United States and Defendants. The United States and Defendants ask that the Court sign this Order, which ensures that the Defendants preserve competition during the pendency of the proceedings required by the Tunney Act, *see* 15 U.S.C. § 16(b)-(h).

3.	The APPA requires that the United States publish the proposed Final Judgment and the Competitive Impact Statement in the *Federal Register* and cause to be published a summary of the terms of the proposed Final Judgment and the Competitive Impact Statement in certain newspapers at least sixty (60) days prior to entry of the proposed Final Judgment. Defendants in this matter have agreed to arrange and bear the costs for the newspaper notices. The notice will inform members of the public that they may submit comments about the proposed Final Judgment to the United States Department of Justice, Antitrust Division, 15 U.S.C. § 16(b)-(c).

4.	During the sixty-day period, the United States will consider, and at the close of that period respond to, any comments that it has received, and it will publish the comments and the United States' responses in the *Federal Register* unless the Court instead agrees that the United States may publish them on the U.S. Department of Justice, Antitrust Division's internet website.

5.	After the expiration of the sixty-day period, the United States will file with the Court the comments and the United States' responses, and it may ask the Court to enter the proposed Final Judgment (unless the United States has decided to withdraw its consent to entry of the Final Judgment, as permitted by Paragraph 2 of the Stipulation and Order, *see* 15 U.S.C. § 16(d)).

6. If the United States requests that the Court enter the proposed Final Judgment after compliance with the APPA, 15 U.S.C. § 16(e)-(f), then the Court may enter the Final Judgment without a hearing, provided that it concludes that the Final Judgment is in the public interest.

Dated: March 3, 2021

Respectfully submitted,

/s/ Natalie Melada
Natalie Melada
Trial Attorney
U.S. Department of Justice
Antitrust Division
450 5th St. NW, Suite 4100
Washington, DC 20530
Phone: (202) 353-1833
natalie.melada@usdoj.gov

y

## **CERTIFICATE OF SERVICE**

I, Natalie Melada, hereby certify that on March 3, 2021, I electronically filed the foregoing Explanation of Consent Decree Procedures through the Court's CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Natalie Melada
Natalie Melada
Trial Attorney
U.S. Department of Justice
Antitrust Division
450 5th St. NW, Suite 4100
Washington, DC 20530
Phone: (202) 353-1833
natalie.melada@usdoj.gov