# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GEISINGER HEALTH <br><br> and <br><br> EVANGELICAL COMMUNITY HOSPITAL, <br><br> Defendants. | Civil Action No.: 4:20-cv-01383-MWB <br><br> Electronically Filed |

## CERTIFICATION OF DEFENDANT GEISINGER HEALTH PURSUANT TO 15 U.S.C. § 16(g)

Pursuant to 15 U.S.C. § 16(g), defendant Geisinger Health states that there were no written or oral communications by or on its behalf with an officer or employee of the United States concerning or relevant to the proposed final judgment, other than communications made by counsel of record alone with employees of the Department of Justice.

Defendant Geisinger Health certifies that, with this submission, it has complied with the requirements of 15 U.S.C. § 16(g) and that this submission is a true and complete description of communications known to Geisinger Health or that Geisinger Health reasonably should have known that are required to be reported pursuant to that provision.

Dated:  March 12, 2021                    Respectfully submitted,

 /s/ Stephen Y. Wu
MCDERMOTT WILL & EMERY, LLP
Stephen Y. Wu (*pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, IL 60606-0029
Michelle S. Lowery (*pro hac vice*)
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Tel:  (312) 372-2000

and

MYERS, BRIER & KELLY, LLP
Donna A. Walsh (PA ID 74833)
Dan Brier (PA ID 53248)
425 Spruce Street, Suite 200
Scranton, PA 18503
Tel:  (570) 342-6100

CROWELL & MORING LLP
Stefan M. Meisner (*pro hac vice*)
1001 Pennsylvania Avenue NW
Washington, DC 20004
Tel:  (202) 624-2937

*Attorneys for Geisinger Health*

## **CERTIFICATE OF SERVICE**

I, Stephen Y. Wu, hereby certify that on March 12, 2021, I electronically filed the foregoing Certification of Defendant Geisinger Health Pursuant to 15 U.S.C. § 16(g) through the Court's CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Stephen Y. Wu
Stephen Y. Wu

DM_US 178079442-1.105102.0017