# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GEISINGER HEALTH <br><br> and <br><br> EVANGELICAL COMMUNITY HOSPITAL, <br><br> Defendants. | Civil Action No.: 4:20-cv-01383-MWB <br><br> Electronically Filed |

## CERTIFICATION OF DEFENDANT EVANGELICAL COMMUNITY HOSPITAL PURSUANT TO 15 U.S.C. § 16(g)

Pursuant to 15 U.S.C. § 16(g), defendant Evangelical Community Hospital states that there were no written or oral communications by or on its behalf with an officer or employee of the United States concerning or relevant to the proposed final judgment, other than communications made by counsel of record alone with employees of the Department of Justice.

Defendant Evangelical Community Hospital certifies that, with this submission, it has complied with the requirements of 15 U.S.C. § 16(g) and that this submission is a true and complete description of communications known to Evangelical Community Hospital or that Evangelical Community Hospital reasonably should have known that are required to be reported pursuant to that provision.

Dated: March 12, 2021					Respectfully submitted,

					*/s/ Norman A. Armstrong, Jr.*
					KING & SPALDING LLP
					Norman Armstrong, Jr. (*pro hac vice*)
					Bobby R. Burchfield (pro hac vice)
					Shannon M. Kasley (pro hac vice)
					Chris Yook (pro hac vice)
					1700 Pennsylvania Avenue NW
					Suite 200
					Washington, DC 2006

					and

					McNEES WALLACE & NURICK LLC
					Carol Steinour Young (PA ID 55969)
					100 Pine Street
					P.O. Box 1166
					Harrisburg, PA 17108-1166

					*Attorneys for Evangelical Community Hospital*

## CERTIFICATE OF SERVICE

I, Norman Armstrong, Jr., hereby certify that on March 12, 2021, I electronically filed the foregoing Certification of Defendant Evangelical Community Health pursuant to 15 U.S.C. § 16(g) through the Court's CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Norman A. Armstrong, Jr.*
Norman Armstrong, Jr.