UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GEISINGER HEALTH <br><br> and <br><br> EVANGELICAL COMMUNITY HOSPITAL, <br><br> Defendants. | Case No. 4:20-CV-01383-MWB |

## MOTION TO WITHDRAW APPEARANCE

Bobby R. Burchfield respectfully requests the Court grant leave to withdrawal as counsel on behalf of Defendant Evangelical Community Hospital in the above-captioned matter. Norman Armstrong, Jr., Christopher C. Yook, and Shannon M. Kasley of King & Spalding LLP will continue to represent Evangelical Community Hospital in this matter.

Respectfully submitted,

KING & SPALDING LLP
*/s/ Bobby R. Burchfield*
Bobby R. Burchfield
DC Bar # 289124
KING & SPALDING LLP
1700 Pennsylvania Avenue NW, Suite 200
Washington, DC 20006
(202) 737-0500
bburchfield@kslaw.com

*Counsel for Evangelical Community Hospital*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of March, 2021, a true and correct copy of the foregoing has been served to the Clerk of Court via CM/ECF and served electronically upon all parties of record.

*/s/ Bobby R. Burchfield*
Bobby R. Burchfield